Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § § | Case No. 5:23-cv-911-XR |
| **RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,** | § § § § | |
| **Defendants.** | § § | |

## DECLARATION OF NATALIE ANDERSON

1. My name is Natalie Anderson. I am over the age of 18 years, have personal knowledge of the matters set forth herein, and am competent to make this declaration. I make this declaration pursuant to the provisions of 28 U.S.C. § 1746.

2. I was employed by Defendants Eric Louvin, Megan Louvin and Ruiz and Louvin Enterprises, LLC as a title clerk from April 2022 through the end of May 2023.

3. Subsequently, I was tasked with additional duties related to payroll, work related to warranties and handling and processing bank deposits.

4. While I was employed by Defendants, I consistently worked more than forty hours per week, although I was never paid overtime compensation for such hours.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 03 / 24 / 2024

_____
Natalie Anderson