Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS,<br><br>Plaintiffs,<br><br>v.<br><br>RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,<br><br>Defendants. | §§§§§§§§§§§§ Case No. 5:23-cv-911-XR |

## DECLARATION OF TIFFANY VASQUEZ

1. My name is Tiffany Vasquez. I am over the age of 18 years, have personal knowledge of the matters set forth herein, and am competent to make this declaration. I make this declaration pursuant to the provisions of 28 U.S.C. § 1746.

2. I was employed by Defendants Eric Louvin, Megan Louvin and Ruiz and Louvin Enterprises, LLC as a title clerk from October 2022 through the end of May, 2023. I also processed service tickets and assisted with claims for warranty repairs.

3. While I was employed by Defendants, I consistently worked more than forty hours per week, although I was never paid overtime compensation for such hours.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 03 / 22 / 2024

*Tiffany Vasquez*
Tiffany Vasquez