Exhibit D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § § | **Case No. 5:23-cv-911-XR** |
| **RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,** | § § § | |
| **Defendants.** | § § § | |

## DECLARATION OF BRIANA BALDERAS

1.      My name is Briana Balderas. I am over the age of 18 years, have personal knowledge of the matters set forth herein, and am competent to make this declaration. I make this declaration pursuant to the provisions of 28 U.S.C. § 1746.

2.      I was employed by Defendants Eric Louvin, Megan Louvin and Ruiz and Louvin Enterprises, LLC as a funding specialist from June 2022 through the end of May 15, 2023.  I would collect all documents requested by whatever bank we were working with, ensure they were correct, submit them to the bank who would then release funds for the purchase of a used vehicle to Defendants' customers.

3.      While I was employed by Defendants, I consistently worked more than forty hours per week, although I was never paid overtime compensation for such hours.

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 03 / 23 / 2024
_____

*Briana Balderas*
_____
Briana Balderas