IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS, | § § § | |
| Plaintiffs, | § § | Case No. 5:23-cv-911-XR |
| v. | § § | |
| RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN, | § § § | |
| Defendants. | § § | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Before the Court is Plaintiffs' Motion for Partial Summary Judgment. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things GRANTED.

Accordingly, Plaintiffs have established, as a matter of law, the following:

(1) Defendants Ruiz and Louvin Enterprises, LLC, Eric Louvin and Megan Louvin employed Plaintiffs Natalie Anderson, Tiffany Vasquez and Briana Balderas ("Plaintiffs"), Defendants were subject to the FLSA and Defendants failed to pay Plaintiffs overtime premiums;

(2) Defendants did not act in good faith in violating the FLSA and

(3) Defendants failed to keep accurate records as required by the FLSA, and as a result, Plaintiffs may establish their overtime claims using the relaxed standard of proof authorized in such situations.

SIGNED this the _____ day of _____, 2024.

_____
HONORABLE XAVIER RODRIGUEZ