**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, and BRIANA BALDERAS<br><br>*Plaintiffs,*<br><br>v.<br><br>RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§  CASE NO. 5:23-cv-00911<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED ANSWER
AND COUTERCLAIM**

Before the Court is Defendants' Opposed Motion for Leave to file Amended Answer and Counterclaim. After review of the pleadings, Plaintiffs' response, this Court finds good cause exists to grant leave and allow Defendant to amend its Answer and assert counterclaims. The Court finds that the Motion should be in all things **GRANTED.**

**IT IS THEREFORE ORDERED**

Defendant's Exhibit A attached to the Motion for Leave will be docketed by the Clerk and filed as of the signing of this Order.

SIGNED this _____ day of _____, 2024.

_____
PRESIDING JUDGE