**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, and BRIANA BALDERAS | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **CASE NO. 5:23-cv-00911** |
| RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN, | § § § | |
| | § § | |
| *Defendants.* | § | |

**ORDER GRANTING MOTION FOR CONTINUANCE AND MOTION TO
MODIFY SCHEDULING ORDER**

Before the Court is Defendants' Opposed Motion for Continuance and Modification of the Scheduling Order. After review of the pleadings, Plaintiffs' response, this Court finds good cause exists to continue the deadlines and modify the scheduling order. The Court finds that the Motion should be in all things **GRANTED.**

Considering the above and foregoing, the Court modifies the current scheduling order as follows:

    a.  Supplement Experts: **July 1, 2024** or _____

    b.  Mediation Deadline: **July 19, 2024** or _____

    c.  Discovery Deadline: **July 26, 2024** or _____

    d.  Dispositive Motions: **August 9, 2024** or _____

    e.  Joint Pre-Trial Order: **October 11, 2024** or _____

    f.  Pre-Trial Conference: _____

    g.  Trial: _____

**IT IS SO ORDERED**.

SIGNED this _____ day of_____, 2024.

_____
PRESIDING JUDGE