IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS,<br><br>Plaintiffs,<br><br>v.<br><br>RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§   Case No.  5:23-cv-911-XR<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT REQUEST FOR SETTLEMENT CONFERENCE

Plaintiffs Natalie Anderson, Tiffany Vasquez, Briana Balderas ("Plaintiffs") and Ruiz and Louvin Enterprises, LLC, Eric Louvin and Megan Louvin ("Defendants") (hereinafter "the Parties") jointly request that the Court appoint a Magistrate to conduct a settlement conference in this matter. The deadline for mediation is today, March 29, 2024.

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Moreland Verrett, PC
700 West Summit Dr.
Wimberley, Texas 78676
Phone: (512) 782-0567
Fax: (512) 782-0605
Email: doug@morelandlaw.com

**ATTORNEY FOR PLAINTIFF**

4

*[signature: Eddie R. Hodges Jr.]*
Eddie Hodges Jr.
Texas Bar No. 24116523
Southern District No. 3479748
Alfonso Kennard Jr.
Texas Bar No.: 24036888
Southern District No.: 713316
Email: Alfonso.Kennard@kennardlaw.com
Email: eddie.hodges@kennardlaw.com
5120 Woodway Drive Suite 10010
Houston, Texas 77056
Telephone: (713) 742-0900
Facsimile: (713) 742-0951

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on March 29, 2024

/s/ Douglas B. Welmaker
Douglas B. Welmaker

2