IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, BRIANA BALDERAS,<br>*Plaintiffs* | §<br>§<br>§<br>§ | SA-23-CV-00911-XR |
| -vs- | §<br>§ | |
| RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,<br>*Defendants* | §<br>§<br>§<br>§ | |

## ORDER TO MEDIATE

On this date, the Court considered the status of this case, and concludes that mediation is appropriate. Accordingly, the Court **ORDERS** the parties to mediate this case before United States Magistrate Judge Henry J. Bemporad.

Mediation is a mandatory but non-binding settlement conference wherein the parties attempt to resolve their differences with the assistance of a third-party facilitator. All proceedings in a mediation session are confidential and protected from discovery. No subpoenas, summons, citations, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

Counsel and parties shall proceed in a good faith effort to try to resolve this case and shall confer with Judge Bemporad and agree upon a mediation date. If no agreed date can be found, Judge Bemporad will select a date and the parties shall appear as directed. Unless this Court extends the deadline, mediation shall occur no later than **July 1, 2024**.

Following the mediation, the Court will be advised only that the case did or did not settle. No other information will be transmitted to the Court by the mediator or any other party.

The Court **STAYS** all deadlines and settings pending the outcome of mediation.

It is so **ORDERED**.

**SIGNED** this 1st day of April, 2024.

                                                                                _____

                                                                                XAVIER RODRIGUEZ
                                                                                UNITED STATES DISTRICT JUDGE