IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **NATALIE ANDERSON, TIFFANY VASQUEZ, and BRIANA BALDERAS** | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **CASE NO. 5:23-cv-00911-XR** |
| **RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,** | § § § § § | |
| *Defendants.* | § | |

**ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**ORDER**

After considering Plaintiffs' Motion for Partial Summary Judgment, Defendants' response in opposition, and the pleadings on the record, the Court is of the opinion that the Partial Motion for Summary Judgment should be **DENIED in its entirety**.

IT IS SO ORDERED.

Signed this _____ day of _____, 2024

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, a true and correct copy of the foregoing instrument has been served on all counsel of record via ECF online filing system.

**Douglas B. Welmaker**
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com
**ATTORNEY FOR PLAINTIFFS**

_____
Eddie Hodges Jr.