IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, and BRIANA BALDERAS, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CASE NO. 5:23-cv-00911 |
| RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN, | § § § § § | |
| *Defendants.* | § § | |

### ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO WITHDRAW DEEMED ADMISSIONS

Pursuant to Defendants' opposed Motion to Withdraw Deemed Admissions, the Court ORDERS the following:

1. Defendants' Opposed Motion is **GRANTED**.

2. Defendants' deemed admissions are now hereby **WITHDRAWN**.

3. Defendants' admissions are **AMENDED** and Defendants' March 26th responses [**Exhibit A**] to Defendant's Requests for Admissions will serve as Defendants' response to Plaintiffs' requests.

SIGNED this _____ day of _____, 2024.

_____
Honorable United States District Judge