# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS, §§§§§§§§§§§§§ | |
| Plaintiffs, | |
| v. | Case No. 5:23-cv-911-XR |
| RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN, | |
| Defendants. | |

## ORDER DENYING MOTION FOR LEAVE

Before the Court is Defendants' Motion for Leave to File Counterclaims, Dkt. 14. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things denied.

Accordingly, it is hereby ORDERED that Defendants' Motion for Leave to File Counterclaims is DENIED.

SIGNED this the _____ day of _____, 2024.

_____
HONORABLE XAVIER RODRIGUEZ