IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, and BRIANA BALDERAS,<br><br>*Plaintiff,*<br><br>v.<br><br>RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,<br><br>*Defendant.* | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION No.: 5:23-cv-00911 |

**MOVANT'S OPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Alfonso Kennard Jr. and Eddie Hodges Jr. of Kennard Law P.C.("Counsel"), the undersigned counsel in the above styled cause and requests that this Honorable Court allow the undersigned counsel to withdraw from this case for the following reasons:

1. Kennard Law, P.C., is counsel of record for the Defendant in the above-styled case.

2. Movant requests that the Court permit the withdrawal of Kennard Law, P.C., as counsel for Ruiz And Louvin Enterprises LLC, Eric Louvin, and Megan Louvin, due to the fact that the attorney-client relationship has become untenable, hindering effective communication and representation.

3. This Motion is being made for good cause and not for purposes of delay. Further,

*Movant's Opposed Motion to Withdraw*

no prejudice will result to any party should this Motion be granted.

4. Movant has notified Defendant of his intent to withdraw, and a copy of this Motion will be sent to Defendant.

5. The granting of this Motion to Withdraw will not jeopardize the rights of Defendant. The requested withdrawal is not for the purposes of delay. The Defendant has time to employ counsel, represent himself, or request court-appointed counsel.

6. In accordance with Federal Rules of Civil Procedure, the Defendant's last known address, telephone number, and email which they have provided are as follows:

| Eric Louvin | Megan Louvin |
|---|---|
| Telephone number: (432) 559-1923 | Telephone number: (210) 775-5958 |
| 4626 Grass Fight | 4626 Grass Fight |
| San Antonio, TX 78253 | San Antonio, TX 78253 |
| United States | United States |
| Email: r.lautogroup14@gmail.com | Email: rlacctpay@gmail.com |

**WHEREFORE, PREMISED CONSIDERED,** Movant respectfully requests that this Honorable Court grant this Motion, permit the withdrawal of ALFONSO KENNARD, JR., and EDDIE HODGES JR. of KENNARD LAW P.C. as counsel of record, schedule a hearing at the Court's earliest convenience, and postpone any pending matters, including the upcoming mediation, until Mr. and Mrs. Louvin have had the opportunity to secure new counsel.

Respectfully Submitted,

Kennard Law P.C.

**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Federal Bar ID 7113316
Alfonso.Kennard@kennardlaw.com

*Movant's Opposed Motion to Withdraw*

**Eddie Hodges, Jr.**
Texas Bar No. 24116523
Federal Bar ID 3479748
Eddie.Hodges@kennardlaw.com
5120 Woodway Dr., Suite 10010
Houston, Texas 77056
Tel: (713) 742-0900
Fax: (832) 558-9412

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

Pursuant to Texas Rules of Civil Procedure, I hereby certify that on May 30, 2024 I conferred with counsel for Plaintiff, Douglas B. Welmaker, informing him of the relief sought in this motion. Plaintiff's counsel has expressed being OPPOSED to the filing of this motion.

I hereby certify that on May 30, 2024 I conferred with the Defendant regarding this motion, and they are UNNOPOSED to the filing of this motion.

_____
Alfonso Kennard, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day 30th of May 2024, a true and correct copy of Movant's Opposed Motion to Withdraw was e-filed with the Court by using the Court's CM/ECF system and served to Plaintiff via CMRR and electronic mail at the following address:

Douglas B. Welmaker
Attorney-in-Charge

*Movant's Opposed Motion to Withdraw*

State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

_____
Alfonso Kennard, Jr.

*Movant's Opposed Motion to Withdraw*