IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, and BRIANA BALDERAS,<br><br>*Plaintiff,*<br><br>v.<br><br>RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,<br><br>*Defendant.* | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION No.: 5:23-cv-00911 |

**ORDER GRANTING MOVANT'S OPPOSED MOTION TO WITHDRAW AS COUNSEL**

ON THIS DATE, the Court considered the Opposed Motion to Withdraw as Counsel filed by Alfonso Kennard Jr. and Eddie Hodges Jr. The Court finds that the Motion is well taken and that good cause has been shown for the withdrawal of Alfonso Kennard Jr. and Eddie Hodges Jr. as counsel of record for Defendant, Ruiz And Louvin Enterprises LLC, Eric Louvin, and Megan Louvin.

IT IS THEREFORE ORDERED that the Opposed Motion to Withdraw is GRANTED.

IT IS FURTHER ORDERED that the hearing on the Motion is set for _____.

SIGNED this ____ day of _____, 2024

_____<br>U.S. DISTRICT JUDGE