UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS, § § § § | |
| Plaintiffs, § § | |
| v. § § | Case No. 5:23-cv-911-XR |
| RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN, § § § § § | |
| Defendants. § | |

NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY IN CHARGE

1. Defendants Ruiz and Louvin Enterprises, LLC, Eric Louvin, and Megan Louvin designate Roy Barrera III as attorney in charge.

2. Roy Barrera III is a member in good standing with the State Bar of Texas and is admitted to practice before this court.

3. Roy Barrera III's State Bar Number is 24028545 and his office address, telephone number, and fax number are as follows:

THE BARRERA FIRM
424 East Nueva
San Antonio, Texas 78205
Telephone:  (210) 224-5811
Facsimile:  (210) 802-4633

4. Roy Barrera III will be responsible for the lawsuit and will be the attorney to receive all communications from the court and from other parties.

Respectfully submitted,

/s/ Roy Barrera III
Roy Barrera III
State Bar No. 24028545
RBarrera@thebarrerafirm.com
Loren A. Raiford, Jr.
State Bar No. 24116934
LRaiford@thebarrerafirm.com

**THE BARRERA FIRM**
424 East Nueva
San Antonio, Texas 78205
Telephone:  (210) 224-5811
Facsimile:  (210) 802-4633
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on this 7th day of June, 2024.

/s/ Roy Barrera III
Roy Barrera III