UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS, § § § § | |
| **Plaintiffs,** § § | |
| v. § § | Case No. 5:23-cv-911-XR |
| RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN, § § § § | |
| **Defendants.** § | |

### AGREED MOTION TO RESCHEDULE MEDIATION

Plaintiffs and Defendants (the "Parties") file this agreed motion to reschedule the mediation previously ordered by this Court and currently set for June 13, 2024.

1. Plaintiffs are Natalie Anderson, Tiffany Vasquez and Briana Balderas ("Plaintiffs"); Defendants are Ruiz and Louvin Enterprises, LLC, Eric Louvin, individually, and Megan Louvin, individually, (hereinafter "Defendants").

2. On July 21, 2023, Plaintiff initiated the above-captioned lawsuit against Defendants (ECF No. 1).

3. On April 1, 2024, Judge Xavier Rodriguez ordered the Parties to mediate the case before Magistrate Judge Henry J. Bemporad on or before July 1, 2024 (ECF No. 17).

4. On May 2, 2024, Magistrate Judge Henry J. Bemporad issued an order setting the Zoom mediation of the Parties for June 13, 202 (ECF No.22).

5. On May 30, 2024, Defendants' counsel, Alfonso Kennard, filed a motion to withdraw as counsel for Defendants (ECF No. 23).

6. On June 7, 2024, Roy Barrera III file a Notice of Appearance and Designation of Attorney in Charge on behalf of Defendants (ECF No. 24).

7. On June 7, 2024, the Court granted Alfonso Kennard's motion to withdraw.

8. The Parties have conferred and agreed that Defendants need additional time to prepare for mediation, having just retained new counsel.

9. The Parties have conferred and agreed to cancel or drop the mediation currently set for June 13, 2024, with Magistrate Judge Henry J. Bemporad, and have agreed to reschedule the mediation within sixty (60) days.

Respectfully submitted,

/s/ Roy Barrera III
Roy Barrera III
State Bar No. 24028545
RBarrera@thebarrerafirm.com
Loren A. Raiford, Jr.
State Bar No. 24116934
LRaiford@thebarrerafirm.com

**THE BARRERA FIRM**
424 East Nueva
San Antonio, Texas 78205
Telephone: (210) 224-5811
Facsimile: (210) 802-4633
**Attorneys for Defendants**


/s/ Douglas B. Welmaker (with permission)
Douglas B. Welmaker
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com
**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on June 7, 2024.

                                              /s/ Roy Barrera III
                                              Roy Barrera III

**CERTIFICATE OF CONFERENCE**

      I hereby certify that on June 7, 2024, I conferred with Douglas B. Welmaker, lead counsel for Plaintiffs and he agrees with and joins in this motion.

                                              /s/ Roy Barrera III
                                              Roy Barrera III