UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS, § § § § **Plaintiffs,** § § v. § § RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN, § § § § **Defendants.** § | Case No. 5:23-cv-911-XR |

## ORDER ON AGREED MOTION TO RESCHEDULE MEDIATION

After considering the parties' Agreed Motion to Reschedule Mediation (ECF No. 25), the Court:

**FINDS** good cause to allow Defendants additional time to prepare for mediation and **GRANTS** the parties' motion to reschedule the mediation currently set for June 13, 2024.

The Court **ORDERS** that the parties reschedule the previously ordered mediation within sixty (60) days of this order.

SIGNED on _____, 2024.

_____
U.S. DISTRICT JUDGE