UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, and BRIANA BALDERAS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-23-CV-911-XR |
| RUIZ AND LOUVIN ENTERPRISES, LLC; ERIC LOUVIN; and MEGAN LOUVIN, | § § § § § | |
| Defendant. | § § | |

**ORDER SETTING VIDEO HEARING**

The matter before the Court is the parties' Agreed Motion to Reschedule Mediation. (Docket Entry 25.)   On April 1, 2024, this case was referred to a Magistrate Judge to conduct a mediation conference with the parties.   (*See* Docket Entry 17.)

It is hereby **ORDERED** that the parties' motion (Docket Entry 25) is set for a hearing on **June 13, 2024**, at **9:30 A.M.**  The hearing will be held by video teleconference using the Zoom video platform.   On the designated date and time of the hearing, the parties are directed to join ZOOMGOV meeting, at the following address:

>   https://txwd-uscourts.zoomgov.com/j/16126018188
>   **Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system.   Parties having any difficulties should contact the Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov.

SIGNED on June 10, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge