UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, and BRIANA BALDERAS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-23-CV-911-XR |
| RUIZ AND LOUVIN ENTERPRISES, LLC; ERIC LOUVIN; and MEGAN LOUVIN, | § § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Agreed Motion to Reschedule Mediation. (Docket Entry 25.) On April 1, 2024, this case was referred to the undersigned to conduct a mediation conference with the parties. (*See* Docket Entry 17.)

The Court held a hearing on the agreed motion on June 13, 2024. In accordance with the Court's rulings at the hearing, the agreed motion (Docket Entry 25) is **GRANTED**. On or before **June 20, 2024**, the parties must submit a Joint Report indicating their agreement regarding the identity of the mediator, the method of compensating the mediator, and a date for conducting the mediation **no later than July 29, 2024**. *See* Local Rule CV-88(a).

It is so **ORDERED**.

**SIGNED** on June 13, 2024.

*/s/ Henry J. Bemporad*
Henry J. Bemporad
United States Magistrate Judge