UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS, § § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 5:23-cv-911-XR |
| § | |
| RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN, § § § § § | |
| Defendants. § | |

### REPORT ON ALTERNATIVE DISPUTE RESOLUTION

The undersigned attorneys, who are the persons responsible for settlement negotiations for each party, have advised their respective clients on the various methods of resolving this dispute. The parties are currently scheduled to mediate this case on July 11, 2024, with Michael Holland.

Respectfully submitted,

/s/ Roy Barrera III
Roy Barrera III
State Bar No. 24028545
RBarrera@thebarrerafirm.com
Loren A. Raiford, Jr.
State Bar No. 24116934
LRaiford@thebarrerafirm.com

**THE BARRERA FIRM**
424 East Nueva
San Antonio, Texas 78205
Telephone:  (210) 224-5811
Facsimile:  (210) 802-4633
**Attorneys for Defendants**

/s/ Douglas B. Welmaker (with permission)
Douglas B. Welmaker
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com
**Attorney for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on June 20, 2024.

/s/ Roy Barrera III
Roy Barrera III

### CERTIFICATE OF CONFERENCE

I hereby certify that on June 18, 2024, I conferred with Douglas B. Welmaker, lead counsel for Plaintiffs and he agrees with and joins in this motion.

/s/ Roy Barrera III
Roy Barrera III