IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, BRIANA BALDERAS,<br>*Plaintiffs*<br><br>-vs-<br><br>RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,<br>*Defendants* | §§§§§§§§§ | SA-23-CV-00911-XR |

## SETTLEMENT ORDER

On July 22, 2024, the parties informed the Court that the parties have reached a settlement in this matter. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **August 5, 2024**. *See* FED. R. CIV. P. 41. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**

Plaintiff's pending motion for partial summary judgment (ECF No. 13), Defendants' opposed motion for leave to file counterclaims (ECF No. 14), Defendants' opposed motion for continuance (ECF No. 15), and Defendants' opposed motion to withdraw deemed admissions (ECF No. 19) are hereby **DISMISSED AS MOOT** without prejudice to refiling, as needed.

It is so **ORDERED**.

**SIGNED** this 22nd day of July, 2024.

                                                      _____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE