IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS,<br><br>Plaintiffs,<br><br>v.<br><br>RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,<br><br>Defendants. | Case No. 5:23-cv-911-XR |

## NOTICE OF SETTLEMENT

Plaintiffs Natalie Anderson, Tiffany Vasquez and Briana Balderas ("Plaintiffs") and Defendants Ruiz & Louvin Enterprises, LLC, Eric Louvin and Megan Louvin ("Defendants), (Plaintiffs and Defendants are collectively referred to herein as the "Parties"), file Notice of Settlement, and in support thereof would show the following:

The parties have resolved the case and pursuant to the terms of the settlement agreement, Defendants have agreed to make payments to the Plaintiffs over the course of the next 4 months. The Parties request that the Court keep the matter administratively closed during the pendency of the settlement but continue to retain jurisdiction over the case until the final payment has been made, at which time Plaintiffs will file a Joint Stipulation of Dismiss with Prejudice.

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Moreland Verrett, PC
700 West Summit Dr.
Wimberley, Texas 78676
Phone: (512) 782-0567
Fax: (512) 782-0605
Email: doug@morelandlaw.com

**ATTORNEY FOR PLAINTIFFS**

/s/ Roy Barrera III
Roy Barrera III
State Bar No. 24028545
RBarrera@thebarrerafirm.com
Loren A. Raiford, Jr.
State Bar No. 24116934
LRaiford@thebarrerafirm.com
THE BARRERA FIRM
424 East Nueva
San Antonio, Texas 78205
Telephone: (210) 224-5811
Facsimile: (210) 802-4633

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on August 5, 2024.

/s/ Douglas B. Welmaker
Douglas B. Welmaker