IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ, BRIANA BALDERAS,<br>*Plaintiffs* | §§§§§§§§§§ | SA-23-CV-00911-XR |
| -vs- | | |
| RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN,<br>*Defendants* | | |

**ORDER**

On July 22, 2024, the parties informed the Court that the parties had reached a settlement in this matter. That same day, the Court ordered the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents by August 5, 2024. ECF No. 31. On August 5, 2024, the parties informed the Court that they had entered into a settlement agreement in which "Defendants have agreed to make payments to the Plaintiffs over the course of the next 4 months." ECF No. 32 at 1. Further, the parties requested that "the Court keep the matter administratively closed during the pendency of the settlement but continue to retain jurisdiction over the case until the final payment has been made, at which time Plaintiffs will file a Joint Stipulation of Dismiss with Prejudice." *Id.*

Accordingly, the Court **ORDERS** the parties to submit a stipulation of dismissal on or before **December 2, 2024**. *See* FED. R. CIV. P. 41. Should the parties be unable to do so by that date, they must request an extension of time to do so.

It is so **ORDERED**.

**SIGNED** this 6th day of August, 2024.

                                                                                       _____
                                                                                       XAVIER RODRIGUEZ
                                                                                       UNITED STATES DISTRICT JUDGE