# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| NATALIE ANDERSON, TIFFANY VASQUEZ AND BRIANA BALDERAS, <br><br> Plaintiffs, <br><br> v. <br><br> RUIZ AND LOUVIN ENTERPRISES, LLC, ERIC LOUVIN, MEGAN LOUVIN, <br><br> Defendants. | Case No. 5:23-cv-911-XR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Natalie Anderson, Tiffany Vasquez and Briana Balderas ("Plaintiffs") and Defendants Ruiz & Louvin Enterprises, LLC, Eric Louvin and Megan Louvin ("Defendants), (Plaintiffs and Defendants are collectively referred to herein as the "Parties"), pursuant to Fed. R. Civ. P. 41(a) and (c), file this Joint Stipulation of Dismissal with Prejudice.

1. This case is not a class action; a receiver has not been appointed in this case; the case is not governed by any federal statute that requires a court order for dismissal of the case; no party has previously dismissed any federal or state suit based on or including the same claims as those presented in this case; this dismissal is with prejudice to refiling.

2. This stipulation and dismissal with prejudice disposes of all parties and all issues and is final.

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Moreland Verrett, PC
700 West Summit Dr.
Wimberley, Texas 78676
Phone: (512) 782-0567
Fax: (512) 782-0605
Email: doug@morelandlaw.com

**ATTORNEY FOR PLAINTIFFS**

/s/ Roy Barrera III
Roy Barrera III
State Bar No. 24028545
RBarrera@thebarrerafirm.com
Loren A. Raiford, Jr.
State Bar No. 24116934
LRaiford@thebarrerafirm.com
THE BARRERA FIRM
424 East Nueva
San Antonio, Texas 78205
Telephone: (210) 224-5811
Facsimile: (210) 802-4633

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing  has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on December 4, 2024.

/s/ Douglas B. Welmaker
Douglas B. Welmaker

2